UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**TERRY FRANKLIN (#561946)**

**VERSUS**

**ELAYN HUNT CORRECTIONAL CENTER CLASSIFICATION DEPT.**

**CIVIL ACTION**

**NO.   20-829-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated December 30, 2021 (Doc. 5), to which no objection was filed;

**IT IS ORDERED** that Plaintiff Terry Franklin's claims are **DISMISSED WITH PREJUDICE** as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915 and 1915A and that this case shall be CLOSED, counting this dismissal as a strike for Plaintiff, Terry Franklin. (*See* Doc. 5 at 6 n.31.)

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 2, 2022.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**